# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KAMAL K. PATEL                                                                                      PLAINTIFF

v.                              4:04CV00771-WRW/JTR

UNITED STATES, ET AL.                                                                        DEFENDANTS

## ORDER

Pending are Plaintiff's Motion for Reconsideration (Doc. No. 77), Motion to Amend/Correct Motion for Reconsideration (Doc. No. 82), and Motion to Amend/Correct (Doc. No. 100). After reviewing the Plaintiff's motions and the Government's response, Plaintiff's Motions are DENIED.

IT IS SO ORDERED this 9th day of June, 2006.


                                                /s/Wm. R. Wilson, Jr.
                                       UNITE  STATES DISTRICT JUDGE