# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KAMAL K. PATEL
REG. #56496-080                                                                                        PLAINTIFF

V.                                          4:04CV00771-WRW/JTR

UNITED STATES OF AMERICA, et al.                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Partial Voluntary Dismissal (docket entry #140) is GRANTED, and Plaintiff's Alien Torts Act claim is DISMISSED, WITH PREJUDICE.

2. Plaintiff is allowed, at this time, to proceed with his remaining federal claims.

3. Plaintiff is RELIEVED of his obligation to file Supplemental Responses to Defendants' Interrogatories, as set forth in the Court's September 29, 2006 Order (docket entry #127).

4. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 5th day of December, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE