# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

KAMAL K. PATEL
REG. #56496-080                                                                                            PLAINTIFF

V.                              4:04CV00771 WRW/JTR

UNITED STATES OF AMERICA, et al.                                DEFENDANTS

## **ORDER**

On March 18, 2004, Plaintiff, who is a federal inmate, commenced this action by filing a *pro se* Complaint in the U.S. District Court for the District of Columbia. *See* docket entry #1. In August of 2004, the District of Columbia transferred the case to this Court when Plaintiff was transferred to the FCI located in Forrest City, Arkansas. *Id.* In August of 2006, Plaintiff was transferred to the FCI located in Bastrop, North Carolina, which is where he currently resides. *See* docket entry #121.

The remaining claims in this case are that Defendants violated the Privacy Act and/or the Federal Tort Claims Act when they: (1) transferred Plaintiff from an FCI in Oklahoma to an FCI in Texas; and (2) provided him with negligent medical care for a ruptured biceps tendon at various FCI's located in Oklahoma, Texas, Arkansas, and North Carolina. *See* docket entries #62, #74, and #114.

It appears that Plaintiff cannot proceed with the remainder of this case without the appointment of counsel, and possibly, a medical expert. Thus, the Court concludes that the interests of justice would best be served if this case was transferred to the Eastern District of North Carolina, Western Division, where Plaintiff would have the benefit of meeting with a local attorney, who will have direct access to Plaintiff's files and prison records. *See* 28 U.S.C. § 1404(a) (providing that a district court may transfer a case to another District if it is "in the interest of justice").

Additionally, scarce judicial and prison resources will be preserved if Plaintiff does not have to be transported across state lines when and if this case proceeds to trial. *Id.* Finally, venue is proper, under 28 U.S.C. § 1391(e)(3), because Plaintiff currently resides in the Eastern District of North Carolina.

    IT IS THEREFORE ORDERED THAT the Clerk should immediately TRANSFER this case to the United States District Court for the Eastern District of North Carolina, Western Division, 310 New Bern Avenue, Raleigh North Carolina, 27601.

    Dated this 9th day of April, 2007.

    /s/ Wm. R.Wilson,Jr.
    UNITED STATES DISTRICT JUDGE